UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

MALEKREZA MALEKPOUR
GHORBANI

                  Plaintiff,

                v.

TODD BLANCHE, ACTING ATTORNEY
GENERAL OF THE UNITED STATES,
MARCO RUBIO SECRETARY OF STATE,
JOHN ARMSTRONG, ASSISTANT
SECRETARY OF STATE FOR CONSULAR
AFFAIRS, MARKWAYNE MULLIN,
SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY

                  Defendants.

-------------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

Civil Action No.
26-cv-01362

(Merkl, M.J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-
captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P.
41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Ronkonkoma, New York
       May 13 , 2026

ZWAIK GILBERT & ASSOCIATES
*Counsel for Plaintiff*
5014 Express Drive
South Ronkonkoma, New York 11779

By: _____
        Michael A. Gilbert, Esq.

**So Ordered.**

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 5/26/26

Dated: Brooklyn, New York
      May 14, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:      _____

Daniel G. Saavedra
Assistant U.S. Attorney
(718) 254-6360
daniel.saavedra@usdoj.gov